FILED
SUPERIOR COURT
OF GUAM

2023 MAY 19 PM 5: 20

CLERK OF COURT

By:_____

# IN THE SUPERIOR COURT OF GUAM

|  |  |
|---|---|
| THE PEOPLE OF GUAM<br><br>vs.<br><br>**ERIC CRISOLO SUAREZ,**<br>DOB: 05/05/1983<br><br><br>Defendant. | CRIMINAL CASE NO. CM0384-18<br><br><br>**DECISION AND ORDER**<br>*Re: Defendant's Motion to Dismiss Due the De Minimis Nature of the Alleged Offense* |

This matter came before the Honorable Arthur R. Barcinas on March 28, 2023, upon Defendant Eric Crisolo Suarez's Motion to Dismiss, filed February 10, 2023. Defendant Eric Crisolo Suarez ("Defendant") was represented by Assistant Public Defender Zachary Taimanglo. Assistant Attorney General J. Basil O'Mallan III represented the People of Guam ("the People"). During the hearing, the Government stated that it would submit to the Court's discretion in this matter. Therefore, having taken the matter under advisement, the Court hereby **GRANTS** Defendant's Motion to Dismiss.

**IT IS SO ORDERED** __MAY 1 9 2023__.


**HONORABLE ARTHUR R. BARCINAS**
**Judge, Superior Court of Guam**